*E-Filed 9/26/11*

HARVEY SISKIND LLP
LAWRENCE J. SISKIND (SBN 55712)
Email:  siskind@harveysiskind.com
DONALD A. THOMPSON (SBN 260076)
Email:  dthompson@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

Attorneys for Plaintiff
WEATHERBILL, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEATHERBILL, INC.,<br>a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEATHERBELL ANALYTICS LLC,<br>a New York limited liability company,<br>and DOES 1-25,<br><br>　　　　　Defendants. | Case No. CV-11-02078-RS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER REGARDING DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff WeatherBill, Inc. and Defendant WeatherBELL Analytics LLC, through their respective counsel of record, hereby stipulate to a dismissal of this action, including all pending claims and counterclaims herein, with prejudice. Each party shall bear its own attorneys' fees and costs.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: September 22, 2011 | HARVEY SISKIND LLP |
| 3 |  | LAWRENCE J. SISKIND<br>DONALD A. THOMPSON |

Dated: September 22, 2011

HARVEY SISKIND LLP
LAWRENCE J. SISKIND
DONALD A. THOMPSON

By: _____/s/_____
        Lawrence J. Siskind

Attorneys for Plaintiff
WEATHERBILL, INC.

Dated: September 22, 2011

FENWICK & WEST LLP
RODGER R. COLE
JENNIFER J. JOHNSON

By: _____/s/_____
        Rodger R. Cole

Attorneys for Defendant
WEATHERBELL ANALYTICS LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: \_9/26/11_____     _____
                                     RICHARD SEEBORG
                                     UNITED STATES DISTRICT JUDGE