*E-Filed 9/26/11*

1  HARVEY SISKIND LLP
   LAWRENCE J. SISKIND (SBN 55712)
2  Email:  siskind@harveysiskind.com
   DONALD A. THOMPSON (SBN 260076)
3  Email:  dthompson@harveysiskind.com
   Four Embarcadero Center, 39th Floor
4  San Francisco, California 94111
   Telephone:  (415) 354-0100
5  Facsimile:  (415) 391-7124

6  Attorneys for Plaintiff
   WEATHERBILL, INC.

7

8

9  **IN THE UNITED STATES DISTRICT COURT**

10  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12  WEATHERBILL, INC.,                      Case No. CV-11-02078-RS
    a Delaware corporation,
13                                          **STIPULATION AND [~~PROPOSED~~]**
              Plaintiff,                    **ORDER REGARDING DISMISSAL**
14
         v.
15
    WEATHERBELL ANALYTICS LLC,
16  a New York limited liability company,
    and DOES 1-25,
17
              Defendants.
18

19
         Pursuant to Federal Rule of Civil Procedure 41, Plaintiff WeatherBill, Inc. and Defendant
20
    WeatherBELL Analytics LLC, through their respective counsel of record, hereby stipulate to a
21
    dismissal of this action, including all pending claims and counterclaims herein, with prejudice.
22
    Each party shall bear its own attorneys' fees and costs.
23

24

25

26

27

28

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: September 22, 2011 | HARVEY SISKIND LLP |
| 3 | LAWRENCE J. SISKIND |
|   | DONALD A. THOMPSON |
| 5 | By: _____/s/_____ |
| 6 | Lawrence J. Siskind |
| 7 | Attorneys for Plaintiff |
|   | WEATHERBILL, INC. |
| 9  Dated: September 22, 2011 | FENWICK & WEST LLP |
|   | RODGER R. COLE |
| 10 | JENNIFER J. JOHNSON |
| 12 | By: _____/s/_____ |
|   | Rodger R. Cole |
| 14 | Attorneys for Defendant |
|   | WEATHERBELL ANALYTICS LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _9/26/11_____     _____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE